# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-00362-CG |
| ) | |
| CORNELIUS JEREMIH PRUITT, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on April 19, 2019 (Doc. 36) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count 1 of the Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offense of drug user in possession of a firearm in violation of Title 18, U.S.C., Section, 922(g)(3). A sentencing hearing has been scheduled for July 24, 2019 at 10:00 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

The Defendant is **ORDERED** to be present for said hearing.

**DONE and ORDERED** this 6th day of May, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE